RECEIVED
IN LAKE CHARLES, LA
OCT 3 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **BRETT DEVON KELLY** | **CIVIL ACTION NO. 04-1911-LC** |
| **VS.** | **SECTION P** |
| **WARDEN GREG TETE, ET AL** | **JUDGE MINALDI** |
| | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE** under 42 U.S.C. §1997e for plaintiff's failure to exhaust available administrative remedies prior to the filing of suit.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 31 day of October, 2005.

**PATRICIA MINALDI**
**UNITED STATES DISTRICT JUDGE**